JAMES J. MC GROARTY, JR. v. BOARD OF TRUSTEES OF THE
PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CLORET S. MACK.

July 15, 1980.

Petition for certification denied.

ROBERT D. TAL v. FRANKLIN MUTUAL INSURANCE
COMPANY.

July 15, 1980.

Petitions for certification denied.   (See 172 *N.J.Super.* 112)

JAMES DOUGLAS LAKE v. MIDDLESEX GENERAL HOSPITAL.

July 15, 1980.

Petition for certification denied.